IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DONALD M. RICHARDS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-017 |
| | ) | |
| SGT. WILL PURVIS; CPL. TIMOTHY SHEPHERD; OFC. CHASE SNELLGROVE; and OFC. CHRISTOPHER MADISON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Plaintiff, formerly incarcerated at Rogers State Prison in Reidsville, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983 regarding events alleged to have occurred at Dodge County Law Enforcement Center in Eastman, Georgia. Plaintiff is proceeding *pro se* and sought leave to proceed *in forma pauperis* ("IFP"). (Doc. no. 2.) The Court granted Plaintiff leave to proceed IFP on February 5, 2019, subject to compliance with the conditions of its Order. (Doc. no. 3.) On March 12, 2019, the Court granted Plaintiff an extension to file his IFP paperwork in accordance with the Court's February 5 Order. (Doc. nos. 6.) On March 27, 2019, Plaintiff filed a second motion for extension of time to file his IFP paperwork and a notice of change of address stating he has been released from incarceration. (Doc. no. 8.) Because Plaintiff was released from incarceration, he can no longer proceed IFP pursuant to his former status as an incarcerated litigant. Therefore, the Court **REVOKES** Plaintiff's leave to proceed IFP.

As Plaintiff's IFP status has been revoked, Plaintiff must submit the $400.00 filing fee or a new motion to proceed IFP if he wishes to pursue the above-captioned case.[1] See Loc. R. 4.1. Plaintiff shall have twenty-one days from the date of this Order to submit the filing fee or any appropriate IFP forms. Upon receipt of the new IFP motion, the Court will determine whether Plaintiff should be granted leave to proceed IFP or whether Plaintiff should pay the $400.00 filing fee. If no response is timely received from Plaintiff, the Court will presume he desires to have this case voluntarily dismissed and will recommend dismissal of this action, without prejudice. Plaintiff is cautioned that, while this action is pending, he shall immediately inform this Court of any change of address.

<u>Failure to comply with the terms of this Order within twenty-one days of the undersigned date will result in a recommendation to the presiding District Judge that this case be dismissed without prejudice.</u>

SO ORDERED this 28th day of March, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to attach a copy of the standard IFP form and supporting affidavit used by non-incarcerated *pro se* litigants filing a civil rights case in the Southern District of Georgia, stamped with this case number, to Plaintiff's service copy of this Order.